Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, Daniel Prisner, appeals the judgment of the Circuit Court of Marion County following his conviction by a jury of an attempt to commit stealing in violation of Section 564.011 RSMo 1994. Prisner argues on appeal that the trial court erred in overruling his motion for acquittal and in imposing judgment and sentence for attempted stealing because the state failed to prove beyond a reasonable doubt that Prisner took a substantial step toward appropriating property from the Tom Boland Ford car lot or that he had a purpose or intent to deprive anyone of property.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).

Robert E. Ahrens, St. Louis, for appellant.

John G. Enright, Kortenhof & Ely, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Appellant Norma Strange appeals the judgment of the trial court entered after a jury verdict denying her claim and finding in favor of Respondent David Reece. She argues on appeal that the trial court committed instructional error.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. We have, however, provided the parties with a memorandum opinion for their exclusive use detailing the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).

## Norma STRANGE and Coy Strange, Appellants,

v.

## David REECE and City of Pevely, Missouri, Respondents.

### No. ED 76465.

Missouri Court of Appeals, Eastern District, Division Three.

June 27, 2000.

## Stuart M. LEVENTHAL, Plaintiff/Respondent,

v.

## WILSON TROPHY COMPANY, Defendant/Appellant.

### No. ED 76460.

Missouri Court of Appeals, Eastern District, Division One.

June 27, 2000.